1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Susan and Michelle Longee, | Case No.: 2:12-cv-01569-MCE-CMK |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| CFS II, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

   Based on the Stipulation of counsel (ECF No. 11.), the discovery deadline is hereby extended from May 17, 2013 to July 2, 2013.

   IT IS SO ORDERED.

DATE:  May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT