UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Susan and Michelle Longee,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CFS II, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-01569-MCE-CMK<br><br>**ORDER** |

　　　Based on the Stipulation of counsel (ECF No. 11.), the discovery deadline is hereby extended from May 17, 2013 to July 2, 2013.

　　　IT IS SO ORDERED.

DATE:  May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT