Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Susan Longee and Michelle Longee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Susan Longee and Michelle Longee,<br><br>Plaintiffs,<br><br>vs.<br><br>CFS II, Inc.; and DOES 1-10, inclusive, <br><br>Defendants. | Case No.: 2:12-cv-01569-MCE-CMK<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Plaintiffs, Susan Longee and Michelle Longee, and Defendant, CFS II, Inc., pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice, with each side to bear its own fees and costs.

| Plaintiff | Defendant |
|---|---|
| _/s/ Tammy Hussin_____ | _/s/ Andrew Steinheimer__ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | ANDREW STEINHEIMER<br>Attorney for Defendant |

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                  SACRAMENTO DIVISION
11

| | |
|---|---|
| Susan Longee and Michelle Longee,<br><br>               Plaintiffs,<br><br>   vs.<br><br>CFS II, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:12-cv-01569-MCE-CMK<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

    IT IS SO ORDERED.

Dated:  November 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT